IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| LAKIMBLEE FREEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 3:18-cv-984-ECM |
| | ) | |
| EQUIFAX INFORMATION | ) | (WO) |
| SERVICES, LLC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the parties' joint stipulation of dismissal as to Defendant Equifax Information Services (doc. 19) filed on October 16, 2019, which comports with FED.R.CIV.P. 41(a)(1)(A)(ii), the claims against Defendant Equifax Information Services, LLC have been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

There being no remaining claims in this case, the Clerk of the Court is DIRECTED to close this case.

DONE this 17th day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE